**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Michael SANFORD, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 19, 2014.

---

1. A discussion was held at sidebar after the jury had been dismissed on March 17, 1999, to discuss the absence of the referenced photographic arrays. At that time, the trial court commented to defense counsel that "[h]is eyes are extremely distinctive, Mr. Wallace, you have to admit that ... his are very unusual." N.T., Trial, 3/17/99 at 186–187.

2. This Court no longer applies the relaxed waiver doctrine in capital PCRA appeals. *Com. v. Ligons*, 601 Pa. 103, 124, 971 A.2d 1125, 1137 (2009) *citing Commonwealth v. Albrecht*, 554 Pa. 31, 720 A.2d 693, 700 (1998).

## ORDER

PER CURIAM.

AND NOW, this 19th day of November, 2014, The Request that the Commonwealth's Informal Answer be Quashed and Vacated and the Petition for Allowance of Appeal are hereby **DENIED**.